IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOMAS JOHNSON,

      Petitioner,

v.                                      14cv909 KG/WPL

VINCENT HORTON, Warden, and
GARY K. KING, New Mexico Attorney General,

      Respondents.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD") filed February 17, 2016. (Doc. 19.) The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. (*See* Doc. 19 at 18.) To this date, no objections have been filed.

    IT IS THEREFORE ORDERED that:

    1) the PFRD (Doc. 19) is adopted as an order of the Court;

    2) the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody (Doc. 1) is denied;

    3) this cause is dismissed with prejudice; and

    4) a certificate of appealability is denied.

                                                   **UNITED STATES DISTRICT JUDGE**